# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAJI KITCHEN,                                            )            Case No. EDCV 12-1244-VAP (JEM)
                                                        )
                Petitioner,                  )
                                                        )            ORDER ACCEPTING FINDINGS AND
        v.                                      )            RECOMMENDATIONS OF UNITED
                                                        )            STATES MAGISTRATE JUDGE
BRUNO STOK, Warden,                                      )
                                                        )
                Respondent.                 )
_____ )

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

       IT IS HEREBY ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED:  February 14, 2013

                                       VIRGINIA A. PHILLIPS
                             UNITED STATES DISTRICT JUDGE