# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJI KITCHEN,<br><br>        Petitioner,<br><br>    v.<br><br>BRUNO STOK, Warden,<br><br>        Respondent. | Case No. EDCV 12-1244-VAP (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 14, 2013

                                                    VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE